[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-12603
Non-Argument Calendar
_____

D.C. Docket No. 6:18-cr-00246-CEM-TBS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHANNON BENTLEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 27, 2020)

Before JILL PRYOR, GRANT and LUCK, Circuit Judges.

PER CURIAM:

Andrew Chmelir, appointed counsel for Shannon Bentley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bentley's convictions and sentence are **AFFIRMED**.